# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOBBY K. WILLIAMSON,** : | |
|    Plaintiff : | |
| : | No. 1:22-cv-01965 |
| v. : | |
| : | (Judge Kane) |
| **PENNSYLVANIA DEPARTMENT** : | |
| **OF CORRECTIONS, et al.,** : | |
|    Defendants : | |

## ORDER

**AND NOW**, on this 14th day of June 2024, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint is **DISMISSED** without further leave to amend for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania